```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUILLER, INC., D/B/A ALL ABOARD AUTO TRANSPORT,

                       Plaintiff,

-against-

THE UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE,

                       Defendants.

20 Civ. 2513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 25, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by May 19, 2020, in advance of the initial pretrial conference scheduled for May 26, 2020. Those submissions are now overdue. Accordingly, it is ORDERED that by **May 21, 2020**, the parties shall submit their joint letter and proposed case management plan.

      It is further ORDERED that the initial pretrial conference scheduled for May 26, 2020, at 11:20 a.m. shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: May 20, 2020
       New York, New York

                                                ANALISA TORRES
                                             United States District Judge