UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUILLER, INC., D/B/A ALL ABOARD AUTO
TRANSPORT,

                              Plaintiff,

      -against-

THE UNITED STATES OF AMERICA and
UNITED STATES POSTAL SERVICE,

                         Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2020
```

20 Civ. 2513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 9, is GRANTED.  The initial pretrial conference scheduled for May 26, 2020, is ADJOURNED to **July 7, 2020**, at **11:00 a.m.**  The conference shall proceed telephonically.  The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.  By **June 30**, **2020**, the parties shall submit a joint status letter and proposed case management plan.

      The Clerk of Court is directed to terminate the motion at ECF No. 9.

      SO ORDERED.

Dated: May 22, 2020
      New York, New York

                              ANALISA TORRES
                      United States District Judge