```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUILLER, INC., D/B/A ALL ABOARD AUTO TRANSPORT,

                       Plaintiff,

-against-

THE UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE,

                       Defendants.

20 Civ. 2513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendants' motion to adjourn the initial pretrial conference, ECF No. 12, is GRANTED. The initial pretrial conference scheduled for July 7, 2020, is ADJOURNED to **August 18, 2020**, at **11:20 a.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **August 11, 2020**, the parties shall submit a joint status letter and proposed case management plan.

      The Clerk of Court is directed to terminate the motion at ECF No. 12.

      SO ORDERED.

Dated: June 26, 2020
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge