```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/1/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUILLER, INC., D/B/A ALL ABOARD AUTO TRANSPORT,

                  Plaintiff,

-against-

THE UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE,

                  Defendants.

20 Civ. 2513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letter dated August 25, 2021. ECF No. 45. Accordingly, the conference scheduled for September 2, 2021, is ADJOURNED to **October 18, 2021**, at **10:40 a.m.** By **October 11, 2021**, the parties shall submit a joint status letter.

    Any pre-motion letter requests for permission to file a motion for summary judgment shall include a showing of good cause for filing past the deadline set forth in the case management plan, ECF No. 16 ¶ 8.

    SO ORDERED.

Dated: September 1, 2021
       New York, New York

ANALISA TORRES
United States District Judge