UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUILLER, INC., D/B/A ALL ABOARD AUTO TRANSPORT,

       Plaintiff,

 -against-

THE UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2021_

20 Civ. 2513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 The Court is in receipt of the parties' letter dated October 11, 2021, ECF No. 49. Accordingly, the case management conference scheduled for October 18, 2021, is ADJOURNED to **October 27, 2021**, at **11:40 a.m.**

 SO ORDERED.

Dated: October 13, 2021
   New York, New York

               _____
                 ANALISA TORRES
                United States District Judge