```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUILLER, INC., D/B/A ALL ABOARD AUTO TRANSPORT,

                      Plaintiff,

-against-

THE UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE,

                      Defendants.

20 Civ. 2513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 27, 2021, the Court DENIED Plaintiff's request for leave to file a motion for summary judgment, and GRANTED the Government's request for leave to file a motion for summary judgment, for the reasons stated at the conference. ECF No. 53. Accordingly:

1. By **December 1, 2021**, the Government shall file its motion for summary judgment;
2. By **December 29, 2021**, Plaintiff shall file its opposition; and
3. By **January 13, 2022**, the Government shall file any reply.

SO ORDERED.

Dated: October 27, 2021
       New York, New York

                                             ANALISA TORRES
                                       United States District Judge