**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QUILLER, INC.,

                       Plaintiff,

-against-                                       20 **CIVIL** 2513 (AT)

                                                             **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA, and the
UNITED STATES POSTAL SERVICE,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2022, the Government's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 14, 2022

                                                                **RUBY J. KRAJICK**

                                                                  _____
                                                                  **Clerk of Court**

                                        **BY:**   *K. Mango*
                                                                  _____
                                                                  **Deputy Clerk**